## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Zebra Technologies Corporation
                                              Plaintiff,

v.                                                            Case No.: 1:20−cv−05147
                                                                     Honorable John F. Kness

Factory Mutual Insurance Company
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 16, 2021:

      MINUTE entry before the Honorable John F. Kness: Telephonic motion hearing held on 11/16/2021. For the reasons stated on the record, Plaintiff's motion [43] to certify an interlocutory appeal is denied without prejudice. Case stayed until further order of Court to permit the parties to meet and confer concerning how the remainder of the case should be handled. A continued status hearing is set for 1/14/2022 at 10:00 AM; the parties shall use the same call−in information [27]. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.